UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    GORDOS RESTAURANT CORP.,        Case No. 18-23862-rdd
                                                            Chapter 11
                Debtor.

**ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

        UPON the motion, dated January 15, 2019 (the "Motion") of Ford Motor Credit Company LLC as agent for CAB East, LLC (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to § 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in this case by § 362(a) of the Bankruptcy Code as to the Creditor's interests in a 2016 Ford Explorer (V.I.N. 1FM5K8F83GGB08363) (the "Property") to allow for the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on March 8, 2019; and there being no opposition to the Motion; and upon all of the proceedings had before the Court; and after due deliberation, sufficient cause appearing therefor; it is hereby

        ORDERED, that the Motion is granted as provided herein; and it is hereby

        ORDERED, that the automatic stay imposed in this case by § 362(a) of the Bankruptcy Code is vacated under § 362(d)(1) and (2) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property under applicable non-bankruptcy law; and it is further

        ORDERED, that the Creditor shall promptly report and turn over to the debtor in possession herein and any successor thereto any surplus proceeds of the Property.

DATED:      White Plains, New York
                  March 14, 2019                      /s/ Robert D. Drain_____
                                                              Hon. Robert D. Drain
                                                              United States Bankruptcy Judge